## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH CHIDESTER and<br>MARY CHIDESTER, individually and as<br>Parents and next of kin to<br>KEVIN CHIDESTER, deceased; and<br>KENNETH CHIDESTER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>KAZ, INC., a foreign corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08-CV-776-TCK-PJC<br>)  Removed from District Court<br>)  of Creek County,<br>)  B-CJ-2006-015<br>)<br>)<br>)<br>) |

## DEFENDANT KAZ, INC.'S FACT WITNESS LIST

COMES NOW the Defendant, Kaz, Inc., by and through its attorneys of record, Holden, Carr & Skeens, and hereby submits its Fact Witness List as follows:

| | NAME | EXPECTED TESTIMONY |
|---|---|---|
| 1. | Kenneth Chidester<br>c/o Jim Frasier<br>1700 Southwest Blvd<br>PO Box 799<br>Tulsa OK 74101<br>-and-<br>Robert G. Green<br>3723 S. Delaware Place<br>Tulsa Ok 74105-3632 | As deposed. |
| 2. | Mary Chidester<br>c/o Jim Frasier<br>1700 Southwest Blvd<br>PO Box 799<br>Tulsa OK 74101 | As deposed. |

|     |                                                                                                                                   |                                                                                                        |
| --- | --------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------ |
|     | -and-<br>Robert G. Green<br>3723 S. Delaware Place<br>Tulsa Ok 74105-3632                                                         |                                                                                                        |
| 3.  | Kathy Oliver                                                                                                                      | Mother of Mary Chidester, will testify to facts and circumstances surrounding incident.                |
| 4.  | Ernest Busby<br>404 W 44th Street<br>Sand Springs, OK 74063                                                                       | Owner of mobile home                                                                                   |
| 5.  | Melvin Don Fielden<br>(918) 245-8238                                                                                              | Prior owner of mobile home                                                                             |
| 6.  | Carol Admire                                                                                                                      | Mother and neighbor of Kenneth Chidester, will testify to facts and circumstances surrounding incident. |
| 7.  | David Admire                                                                                                                      | Father and neighbor of Kenneth Chidester, will testify to facts and circumstances surrounding incident. |
| 8.  | Brutus Beall<br>Captain,<br>Silver City Volunteer Fire Department<br>918-865-7040                                                 | Facts and events surrounding fire which is the subject of this litigation                              |
| 9.  | Other representatives of Silver City V.F.D., including but not limited to Rob Christian, Dale Haskins, Kit McVey, Orvil Sheryll, Brett Whitten | Facts and events surrounding fire which is the subject of this litigation                              |
| 10. | Representative(s) of Keystone Fire Department.                                                                                    | Fire which is the subject of this litigation; plaintiffs' injuries and damages.                        |
| 11. | Phillip Cheatham<br>Okla. State Fire Marshal<br>2401 NW 23rd, Suite 4<br>Oklahoma City, OK  73107<br>405-522-5005                  | Facts and events surrounding fire which is the subject of this litigation; his investigation of the fire. |
| 12. | Sam Pinson<br>Okla. State Fire Marshal<br>2401 NW 23rd, Suite 4<br>Oklahoma City, OK  73107<br>405-522-5005                        | Facts and events surrounding fire which is the subject of this litigation; investigation of the fire. |
| 13. | Det. Cpl. Les Ruhman; also Officer Jolen L. Boyd, Sgt John S Davis,                                                               | Investigation of the fire which is the subject of this litigation.                                     |

|     |     |     |
| --- | --- | --- |
|     | Chief Deputy Mike Okeefe, Sheriff Steve Toliver, and Deputy Less Vaughn<br>Creek County Sheriff's Dept.<br>P.O. Box 927<br>Sapulpa, OK  74067 |     |
| 14. | Linda Parvin | Facts and events surrounding fire which is the subject of this litigation. |
| 15. | Don E. Grove<br>Office of the Chief Medical Examiner<br>Eastern Division<br>1115 W. 17th<br>Tulsa, OK 74107 | Testimony concerning decedent's injuries |
| 16. | Andrew Sibley, M.D.<br>Office of the Chief Medical Examiner<br>Eastern Division<br>1115 W. 17th<br>Tulsa, OK 74107 | Testimony concerning decedent's injuries |
| 17. | Walt Birdsell<br>Kaz, Inc.<br>c/o Holden, Carr & Skeens<br>9 E. 4th St.<br>Tulsa, OK  74103 | Testimony concerning the heater which is the subject of this litigation. |
| 18. | Arthur Wong<br>Kaz, Inc.<br>c/o Holden, Carr & Skeens<br>9 E. 4th St.<br>Tulsa, OK  74103 | Testimony concerning the heater which is the subject of this litigation. |
| 19. | Other representative(s) of Kaz, Inc. as may be necessary.<br>c/o Holden, Carr & Skeens<br>9 E. 4th St.<br>Tulsa, OK  74103 | To be determined. |
| 20. | Representative(s) of U.S. Consumer Products Safety Commission, including but not limited to Regional Office Director Eric B. Ault or Oklahoma Representative Linda Sumner | Investigation of the subject heater, other subjects to be determined. |
| 21. | Other law enforcement personnel | Fire which is the subject of this litigation; |

|     |                                                                                                                                                  |                                                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------ | -------------------------------------------------------------------------------------------------------------------------------- |
|     | present at the scene of the fire                                                                                                                 | plaintiffs' injuries and damages.                                                                                                |
| 22. | Other fire personnel present at the scene of the fire                                                                                            | Fire which is the subject of this litigation; plaintiffs' injuries and damages.                                                  |
| 23. | Emergency/ ambulance personnel present at the scene of the fire                                                                                  | Fire which is the subject of this litigation; plaintiffs' injuries and damages.                                                  |
| 24. | Plaintiffs' medical providers, both prior and subsequent to the incident in question.                                                            | Plaintiffs' injuries and damages.                                                                                                |
| 25. | Bill Graham<br>Indian Electric Cooperative<br>c/o HORNBEEK, KRAHL, VITALI & BRAUN<br>3711 N Classen Blvd<br>Oklahoma City, OK 73118              | Will testify regarding Indian Electric Practice and procedure and the facts and circumstances alleged in Plaintiff's petition.   |
| 26. | Jason Callahan<br>Indian Electric Cooperative<br>c/o HORNBEEK, KRAHL, VITALI & BRAUN<br>3711 N Classen Blvd<br>Oklahoma City, OK 73118           | Will testify regarding Indian Electric Practice and procedure and the facts and circumstances alleged in Plaintiff's petition.   |
| 27. | Karen Rayment, MSEE<br>Senior Engineer<br>Exponent Failure Analysis Associates<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Office: 650-688-7023 | Expert testimony concerning the heater; additional testimony to be determined.                                                   |
| 28. | Mark Loose, PhD<br>Senior Engineer<br>Exponent Failure Analysis Associates<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Office: 650-688-7025 | Expert testimony concerning electrical issues relating to the subject mobile home; additional testimony to be determined.        |
| 29. | Steven J. Murray, Ph.D., P.E.<br>Exponent<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Office: 650-688-6907                              | Expert testimony concerning the heater; additional testimony to be determined.                                                   |
| 30. | I.J. Kranats                                                                                                                                     | Expert testimony regarding fire cause and                                                                                        |

|     |                                                                                                  |                                                        |
| --- | ------------------------------------------------------------------------------------------------ | ------------------------------------------------------ |
|     | 61529 U.S. HWY 93<br>P.O. Box 279                                                                | origin; further testimony to be determined.            |
| 31. | Dr. Ronald Rhoten<br>c/o HORNBEEK, KRAHL, VITALI & BRAUN<br>3711 N Classen Blvd<br>Oklahoma City OK 73118 | Expert testimony to be determined.              |
| 32. | All witnesses necessary for authentication of documents and/or exhibits                          | To be determined.                                      |
| 33. | Other experts to be named.                                                                       | To be determined.                                      |
| 34. | Howard, EMT-P<br>Air Evan Life Team<br>Crew #2                                                   | Plaintiffs' medical treatment.                         |
| 35. | Karen Larsen, RN<br>Air Evan Life Team<br>Crew #1                                                | Plaintiffs' medical treatment.                         |
| 36. | Markovich<br>Air Evac Life Team, Pilot                                                           | Plaintiffs' medical treatment.                         |
| 37. | Stuart Shoemake, MC<br>500 Lou Allard Drive<br>Drumright, OK  74030                              | Plaintiffs' medical treatment.                         |
| 38. | Carolyn Smythe<br>Mannford EMS                                                                   | Plaintiffs' medical treatment.                         |
| 39. | Butch Atkins<br>Mannford EMS                                                                     | Plaintiffs' medical treatment.                         |
| 40. | James A. Johnson, MD<br>Hillcrest Medical Center                                                 | Plaintiffs' medical treatment.                         |
| 41. | Rod Purdie, M.D.<br>Hillcrest Medical Center                                                     | Plaintiffs' medical treatment.                         |
| 42. | Alexander Burn Unit at Hillcrest Medical Center<br>1120 S. Utica Avenue<br>Tulsa, OK  74104      | Plaintiffs' medical treatment.                         |
| 43. | Air Evac Life Team<br>#3 West Airport road<br>Cushing, OK  74023                                 | Plaintiffs' medical treatment.                         |
| 44. | Drumright Regional Hospital<br>610 West Bypass<br>Drumright, OK  74030                           | Plaintiffs' medical treatment.                         |
| 45. | Mannford EMS<br>300 Coonrod Avenue                                                               | Plaintiffs' medical treatment.                         |

|     |                                                                          |                              |
| --- | ------------------------------------------------------------------------ | ---------------------------- |
|     | Mannford, OK  74044                                                      |                              |
| 46. | Tulsa Diagnostics, Inc.<br>1120 South Utica<br>Tulsa, OK  74104          | Plaintiffs' medical treatment. |
| 47. | All witnesses named by other parties to which Kaz, Inc. does not object. | To be determined.            |

Kaz reserves the right to supplement this Witness List, as discovery is ongoing.

Respectfully submitted,

s/Michelle B. Skeens
Steven E. Holden, OBA #4289
Michelle B. Skeens, OBA #20406
HOLDEN CARR & SKEENS
200 Reunion Center
9 East 4th Street
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
***Attorneys for Defendant Kaz, Inc.***

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

James E. Frasier

Robert G. Green

s/ Michelle B. Skeens

Michelle B. Skeens

2.095